1  JASON M. FRIERSON
2  United States Attorney
   Nevada Bar No. 7709
3  OSCAR GONZALEZ DE LLANO, DCBN 491042
   Special Assistant United States Attorney
4  Office of the General Counsel
   Social Security Administration
5  6401 Security Boulevard
   Baltimore, MD 21235
6  Telephone: (510) 970-4818
   Facsimile: (415) 744-0134
7  Email: oscar.gonzalez@ssa.gov

8  Attorneys for Defendant

9

10

11                **UNITED STATES DISTRICT COURT**

12                     **DISTRICT OF NEVADA**

13 SHARI EIKO YAMASHIRO,              )
                                      ) Case No.: 2:22-cv-01656-BNW
14          Plaintiff,                )
                                      ) **UNOPPOSED MOTION FOR EXTENSION OF**
15     vs.                            ) **TIME TO FILE CERTIFIED**
                                      ) **ADMINISTRATIVE RECORD AND ANSWER;**
16 KILOLO KIJAKAZI,                   ) **[PROPOSED] ORDER**
   Acting Commissioner of Social Security, )
17                                    ) (*SECOND REQUEST*)
            Defendant.                )
18 _____    )

19

20

21

22

23

24

25

26

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through the undersigned attorneys, hereby moves for an additional thirty-day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are due to be filed by February 2, 2023.

The certified administrative record (CAR) in this case has not been finalized for filing. The agency's Office of Appellate Operations (OAO) is responsible for preparation of CARs. Counsel for the Commissioner is in contact with OAO to ensure that the CAR is properly certified for filing. OAO has indicated it needs additional time to prepare the CAR. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections to an extension of thirty-days.

This request is made in good faith and is not intended to delay the proceedings in this matter. It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including March 4, 2023.

Dated:  February 2, 2023          Respectfully submitted,

                                  JASON M. FRIERSON
                                  United States Attorney

                                  /s/ *Oscar Gonzalez de Llano*
                                  Oscar Gonzalez de Llano
                                  Special Assistant United States Attorney

                         **ORDER**
                         **IT IS SO ORDERED**

                         **DATED:** 4:54 pm, February 06, 2023

                         **BRENDA WEKSLER**
                         **UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER; [PROPOSED] ORDER** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Hal Taylor
2551 W. Lakeridge Shores
Reno, NV 89519
Email: haltaylorlawyer@gbis.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2023

/s/ *Oscar Gonzalez de Llano*
Oscar Gonzalez de Llano
Special Assistant United States Attorney