Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SHARI EIKO YAMASHIRO,

    Plaintiff,

v.

KILOLO KIJAKAZI[1],
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CASE NO.
2:22-cv-01656-BNW

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF**

Plaintiff by their attorney, moves for a thirty (30) day extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed March 20, 2023.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on 7/9/2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the Defendant in this suit.

1

Counsel requires additional time to properly and thoroughly prepare Plaintiff's brief. For instance, between March 10, and April 10, 2023, staff in Counsel's office have ninety-three (93) Plaintiff briefs due. This figure does not include Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow for Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship.

Wherefore, Plaintiff requests an extension from March 20, 2023 up to and including April 19, 2023 to file their brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly consents to this request.

Dated March 14, 2023.

Respectfully submitted,

*/s/Hal Taylor*

**Plaintiff's Certificate of Service:**

I certify that I caused the Consent Motion for Extension of Time to be served today, March 14, 2023, by CMECF to Oscar Gonzalez and Hal Taylor who are filing users of the CM/ECF system.

*/s/Hal Taylor*
Hal Taylor

**ORDER**
**IT IS SO ORDERED**

**DATED:** 4:26 pm, March 15, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**