JASON M. FRIERSON, NVSBN 7709
United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHARI EIKO YAMASHIRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:22-cv-01656-BNW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

　　　　Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and Remand (Dkt. No. 23, filed on April 19, 2023), currently due on May 19, 2023, by 35 days, through and including June 23, 2023. Defendant further requests that all subsequent deadlines be extended accordingly. This is Defendant's first request for an extension of time to file a response.

　　　　Good cause exists for this extension. Defendant respectfully requests this additional time because Defendant's counsel is experiencing an extremely heavy workload, despite due diligence. In addition to this case, the undersigned is preparing the Commissioner's response briefs for multiple cases with concurrent deadlines in district and appellate courts. The undersigned currently has four

district court briefs and one appellate court brief due within approximately one week surrounding the current due date of the response brief in this case. For this reason, Defendant's counsel requires additional time to properly address the issues raised in Plaintiff's Motion for Reversal and Remand. This request is made in good faith and with no intention to unduly delay the proceedings.

    Counsel for Defendant advised counsel for Plaintiff of the need for this extension on May 17, 2023. Counsel for Plaintiff's confirmed that Plaintiff does not object to this request.

    It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and Remand, through and including June 23, 2023.

Dated: May 17, 2023        Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 18, 2023

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, Maryland 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Hal Taylor
2551 W. Lakeridge Shores
Reno, NV 89519
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com

Attorney for Plaintiff

Dated: May 17, 2023

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney